NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Brock v. City of New York    Docket No.: 23-1148

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Chloe K. Moon

Firm: New York City Law Department

Address: 100 Church St.

Telephone: 212-356-2611    Fax:

E-mail: cmoon@law.nyc.gov

Appearance for: The City of New York, Eric Adams/Defendants-Appellees
(party/designation)

**Select One:**

[✓] Substitute counsel (replacing lead counsel: Sylvia O. Hinds-Radix, New York City Law Department)
(name/firm)

[ ] Substitute counsel (replacing other counsel: )
(name/firm)

[ ] Additional counsel (co-counsel with: )
(name/firm)

[ ] Amicus (in support of: )
(party/designation)

## CERTIFICATION

I certify that:

[✓] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

[ ] I applied for admission on _____.

Signature of Counsel: /s/ C. Moon

Type or Print Name: Chloe K. Moon

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Brock

v.

City of New York

**CERTIFICATE OF SERVICE***

Docket Number: 23-1148

I, Chloe K. Moon (print name), hereby certify under penalty of perjury that on 9/1/2023 (date), I served a copy of foregoing Notice of Appearance

(list all documents)

by (select all applicable)**

___ Personal Delivery      X  United States Mail      ___ Federal Express or other Overnight Courier

___ Commercial Carrier     ___ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Mandela Brock | 366 W. 127th St, Apt 5F | New York | NY | 10027 |
| | | | | |
| | | | | |
| | | | | |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

9/1/2023
Today's Date

/s/Chloe K. Moon
Signature

Certificate of Service Form (Last Revised 12/2015)